# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

## ANDERS BRIEF CORRECTION NOTICE

_____

No. 14-4135,   US v. Amadou Balde
               5:13-cr-00075-BR-2

TO:   Jennifer Haynes Rose, Esquire
      Counsel for Appellant

**CORRECTED FILING DUE:  November 6, 2014**

Review of the brief filed by appellant's counsel pursuant to Anders v. California, 386 U.S. 738 (1967), discloses that while the brief raises two conviction issues under Anders, it raises four potential issues related to sentencing but does not state, in a brief discussion with case citation, why the sentencing issues lack merit, as required by this court's briefing order.  See McCoy v. Court of Appeals of Wisconsin, 486 U.S. 429, 439, 442 (1988).  The requirement that counsel address any possible meritorious issues and explain why the issues lack merit assists the court in determining whether counsel "conducted the required detailed review of the case" and in evaluating whether the appeal is "so frivolous that it may be decided without an adversary presentation." Penson v. Ohio, 488 U.S. 75, 81-82 (1988).

Accordingly, counsel is directed to file a corrected brief by the due date shown, explaining why the potential issues raised under Anders lack merit.


Judith B. Henry
Counsel to the Clerk

cc:   Ms. Amadou Balde, Appellant
      Jennifer P. May-Parker, Assistant U.S. Attorney