# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

_____

ANDERS CERTIFICATE CORRECTION NOTICE
_____

No. 14-4135,    US v. Amadou Balde
5:13-cr-00075-BR-2

TO:   Jennifer Haynes Rose, Esquire
Counsel for Appellant

CORRECTED CERTIFICATE DUE:   November 6, 2014

An Anders brief correction notice has been issued.  When the corrected brief is filed, a corrected Anders certificate of service should also be filed, which correctly explains what issues may be raised in a pro se supplemental brief relative to the jury trial and sentencing.

Judith B. Henry
Counsel to the Clerk